IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLESTER BILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-CV-450-JHP-FHM |
| ) | |
| STATE OF OKLAHOMA; ) | |
| CITY OF TULSA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This is a 42 U.S.C. § 1983 civil rights case commenced by Plaintiff, a prisoner appearing *pro se*. By Order filed August 17, 2005 (Dkt. # 3), the Court denied Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and set a deadline of September 6, 2005, for payment of the $250 filing fee.

The deadline set by this Court for payment of the full filing fee has passed. Plaintiff has failed to pay the filing fee required to commence this action. Therefore, the Court finds this action shall be dismissed for failure to pay the filing fee. Plaintiff is reminded that any Notice of Appeal from this Order must be accompanied by the full appellate filing fee of $255.

**ACCORDINGLY, IT IS HEREBY ORDERED that** this action is **dismissed** as a result of Plaintiff's failure to pay the filing fee.

**SO ORDERED** this 23rd day of September 2005.

*[signature]*
James H. Payne
United States District Judge
Northern District of Oklahoma